743 A.2d 430

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Van Alan MOSES, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 6, 2000.

Stephen H. Shantz, Chief Public Defender, Ann P. Russa-
vage-Faust, John R. Fagan, Public Defenders, Van Alan Mo-
ses, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW,** this 6th day of January 2000, the petition for
allowance of appeal is GRANTED, the judgment order of the
Superior Court is VACATED and the matter is REMANDED
to the Superior Court for further proceedings, including re-
mand to the Court of Common Pleas of Bucks County for
evidentiary hearings, if necessary, to determine the responsi-
bility for the absence of the transcripts from the certified
record on appeal. If it is determined that the petitioner failed
to comply with the Rules of Appellate Procedure, the judg-
ment of the Superior Court shall be reinstated. If it is
determined that the absence is attributable to court personnel,
the Superior Court shall resolve the issues on the merits
raised in the appeal. *See Commonwealth v. Williams,* 552 Pa.
451, 715 A.2d 1101 (1998). The application to file a pro se

document and to remand for appointment of new counsel is denied.